

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2022

No. 04-21-00360-CR

Kevin Jason **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0029
Honorable Michael E. Mery, Judge Presiding

# O R D E R

After this court granted Appellant's first and second motions for extensions of time to file the brief, Appellant's brief was due on August 4, 2022. On August 3, 2022, Appellant moved for an additional thirty days to file the brief.

Appellant's motion is granted. Appellant's brief is due on September 2, 2022. **Absent extraordinary circumstances, no further extensions of time to file the brief will be granted.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court